IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN - 9 2020

RICK WARREN
COURT CLERK

50_____

| | |
|---|---|
| DERALD BARRON, as Parent and Next Friend of M.B., a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case CJ 2020 - 138 ) |
| LINDSEY MYERS, | ) ) |
| Defendant. | ) ) |

## PETITION

**COMES NOW** the Plaintiff in the captioned matter and states to the Court as follows:

1. An automobile accident occurred on or about September 11, 2018 in Harrah, Oklahoma County, Oklahoma involving a motor vehicle driven by Lindsey Myers.

2. M.B., was a minor at the time of the accident and was a passenger in one of the vehicles involved in this accident.

3. The negligence of Lindsey Myers caused injury to M.B., a minor, and resulted in medical expenses both past and future.

4. Derald Barron is the parent of M.B., a minor.

**WHEREFORE**, Plaintiff moves for judgment against Lindsey Myers and for such other and further relief as the Court may deem appropriate.

Joe Homsey, OBA #4340
J.R. Homsey & Associates
4528 N. Classen Blvd.
Oklahoma City, OK 73118
Ph: 405-524-1011
Fx: 405-524-1015
***Attorneys for Plaintiff***